```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 50127
    PATRICIA ANN ROSS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-2462


---------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     The case was filed on 10/12/2005 and was confirmed 01/05/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  40.42% from remaining funds.

     The case was paid in full 11/17/2008.
---------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
---------------------------------------------------------------------
OHIO SAVINGS BANK          CURRENT MORTG       .00            .00           .00
OHIO SAVINGS BANK          MORTGAGE ARRE  11423.07            .00       11423.07
RESURGENT CAPITAL SERVIC   UNSECURED        307.09            .00         124.13
LVNV FUNDING LLC           UNSECURED       7616.91            .00        3078.76
ECAST SETTLEMENT CORP      UNSECURED       8287.59            .00        3349.84
OHIO SAVINGS               UNSECURED      NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED       3641.94            .00        1472.07
DOLLIE I WARREN REED       DEBTOR ATTY    1,700.00                      1,700.00
TOM VAUGHN                 TRUSTEE                                      1,446.45
DEBTOR REFUND              REFUND                                         571.93

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE             23,166.25

PRIORITY                                        .00
SECURED                                   11,423.07
UNSECURED                                  8,024.80
ADMINISTRATIVE                             1,700.00
TRUSTEE COMPENSATION                       1,446.45
DEBTOR REFUND                                571.93
                    --------------       --------------
TOTALS              23,166.25             23,166.25



              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 50127 PATRICIA ANN ROSS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/26/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |